IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

PROGRESSIVE MOUNTAIN INSURANCE     *
COMPANY,                            *
                                    *
        Plaintiff,                  *
                                    *
        v.                          *          CV 111-159
                                    *
R.W. WOMACK & SONS, INC.;           *
CLIFFORD TUCKER; DYNEIUS            *
GOODSON; HELEN HEYER; TIMOTHY       *
E. SASNETT, as Administrator        *
of the ESTATE OF FLOYD HEYER;       *
CUSHENA NICKOLE JORDAN d/b/a        *
UWANNA RIDE USED CARS; NNERF        *
TIMBERLAND INVESTMENTS, LLC;        *
and RESOURCE MANAGEMENT             *
SERVICE, LLC,                       *
                                    *
        Defendants.                 *

**O R D E R**

On February 5, 2016, the parties filed a "Stipulation of
Dismissal with Prejudice" indicating that all claims asserted by
Plaintiff should be dismissed with prejudice pursuant to Federal
Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 90.) However,
the Court cannot terminate this action without a resolution of
the counterclaim asserted by Defendants Heyer and Sasnett. See
Fed. R. Civ. P. 41(c). Consequently, the Court **ORDERS**
Defendants Heyer and Sasnett to file a notice of dismissal or a
status report **no later than August 3, 2016.**

**ORDER ENTERED** at Augusta, Georgia, this 26th day of July, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA